# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ADA SCOTT,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| **LINCOLN FINANCIAL GROUP,** ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, Defendant The Lincoln National Life Insurance Company, erroneously referred to as Lincoln Financial Group in the Complaint ("Lincoln" or "Defendant"), hereby removes this action to the United States District Court for the Northern District of Alabama, Middle Division, which is the federal judicial district embracing the Circuit Court of Etowah County, where this case was originally filed as Case No. 31-CV-2017-900473. As discussed below, removal of this action is proper pursuant to 28 U.S.C. § 1331, in that Plaintiff's claims invoke the Court's federal question jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.* The grounds for removal are as follows:

1.  Plaintiff commenced this civil action in the Circuit Court for Etowah County, Alabama, on June 13, 2017. A true and correct copy of all process and

1

pleadings filed in the State Court Action as reflected on Alacourt are attached hereto as Exhibit "A".

2. This Notice of Removal is timely because it is being filed within 30 days of Lincoln executing a Waiver of Service.

3. The United States District Court for the Northern District of Alabama, Middle Division, is the federal judicial district embracing the Circuit Court of Etowah County, Alabama, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. § 81(a)(6) and § 1441(a).

4. This action against Defendant could have been originally filed in this Court pursuant to 29 U.S.C. § 1132 in that Plaintiff seeks to recover ERISA relief in the form of benefits under an employer-sponsored plan and for conduct related to the denial of benefits allegedly due to her under such employer-sponsored plan.

5. Plaintiff alleges in her Complaint that she "has long term disability protection by an insurance contract administered by Lincoln Financial Group which pays benefits if she becomes disabled." Complaint ("Compl.") at ¶ 1. Plaintiff further alleges, *inter alia*, that she is disabled and entitled to long-term disability benefits which were terminated. *Id.* at ¶¶ 2 & 3. Plaintiff then <u>expressly</u> states an ERISA claim pursuant to 29 U.S.C. § 1132. *Id.* at ¶ 7.

6. The District Courts of the United States are given original jurisdiction over civil actions under ERISA pursuant to 28 U.S.C. § 1331 without respect to the

amount in controversy or the citizenship of the parties. Therefore, this action may be removed to the United States District Court for the Northern District of Alabama, Middle Division, pursuant to the provisions of 28 U.S.C. § 1441(a).

7. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Etowah County, Alabama, as provided by law, and written notice is being sent to Plaintiff's counsel.

8. Lincoln has not sought similar relief.

9. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

10. The allegations of this Notice are true and correct and within the jurisdiction of the United States District Court for the Northern District of Alabama, and this cause is removable to the United States District Court for the Northern District of Alabama.

11. Should any question arise as to the propriety of the removal of this action, Lincoln respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this cause is removable. *Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

WHEREFORE, PREMISES CONSIDERED, Defendant The Lincoln National Life Insurance Company, desiring to remove this civil action to the United States District Court for the Northern District of Alabama, Middle Division, the district and division encompassing the county in which such civil action is

3

pending, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Etowah County, Alabama, shall effect the removal of said civil action to this Honorable Court.

            Respectfully submitted,

            *s/ Grace R. Murphy*
            William B. Wahlheim, Jr.
            Grace Robinson Murphy
            *Attorneys for Defendant The Lincoln National Life Insurance Company*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
T: (205) 254-1000
F: (205) 254-1999
wwahlheim@maynardcooper.com
gmurphy@maynardcooper.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 9th day of August, 2017:

Myron K. Allenstein  
Rose Marie Allenstein  
Allenstein & Allenstein, LLC  
141 South 9th Street  
Gadsden, AL 35901

                                        *s/ Grace R. Murphy*  
                                        OF COUNSEL