FILED
2017 Aug-09 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
6/13/2017 12:34 PM
31-CV-2017-900473.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>31<br>Date of Filing:<br>06/13/2017 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**ADA SCOTT v. LINCOLN FINANCIAL GROUP**

**First Plaintiff:** ☐ Business   ☑ Individual    **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other                                                                       ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
ALL016          6/13/2017 12:34:21 PM          /s/ MYRON KAY ALLENSTEIN
                Date                            Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
6/13/2017 12:34 PM
31-CV-2017-900473.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| ADA SCOTT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case Number: |
| | * |
| LINCOLN FINANCIAL GROUP, | * |
| | * |
| Defendant | * |

## COMPLAINT-LTD BENEFITS

1. Ada Scott, age 60, has long term disability protection by an insurance contract administered by Lincoln Financial Group which pays benefits if she becomes disabled.

2. Plaintiff is disabled, applied for LTD benefits, and was awarded long term disability benefits.

3. Benefits were terminated after two years.

4. Plaintiff appealed that decision on 9/26/16 and long term disability benefits were denied by letter of 11/16/16.

5. Plaintiff has been awarded SSDI benefits without a hearing.

6. Plaintiff has exhausted all administrative remedies with a final decision on May 19, 2017.

7. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate equitable relief including short term disability benefits, attorney fees and costs which are less than $50,000.00.

s/MYRON K. ALLENSTEIN (ALL016)
ALLENSTEIN & ALLENSTEIN, LLC
Attorney for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com



AlaFile E-Notice

31-CV-2017-900473.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following complaint was FILED on 6/13/2017 12:34:33 PM

Notice Date:    6/13/2017 12:34:33 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900473.00

To: LINCOLN FINANCIAL GROUP
CSC LAWYERS INCORP. SVC
150 S PERRY STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following complaint was FILED on 6/13/2017 12:34:33 PM

Notice Date:   6/13/2017 12:34:33 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**31-CV-2017-900473.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**ADA SCOTT V. LINCOLN FINANCIAL GROUP**

**NOTICE TO:** LINCOLN FINANCIAL GROUP, CSC LAWYERS INCORP. SVC 150 S PERRY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ADA SCOTT pursuant to the Alabama Rules of the Civil Procedure.

| 6/13/2017 12:34:33 PM | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ MYRON KAY ALLENSTEIN
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*        *(Name of County)*

Alabama on _____.
*(Date)*

*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name)*   *(Address of Server)*

*(Phone Number of Server)*



# AlaFile E-Notice

31-CV-2017-900473.00
Judge: DAVID A KIMBERLEY

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following matter was FILED on 6/13/2017 1:11:25 PM

Notice Date:    6/13/2017 1:11:25 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900473.00
Judge: DAVID A KIMBERLEY

To: LINCOLN FINANCIAL GROUP (PRO SE)
CSC LAWYERS INCORP. SVC
150 S PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following matter was FILED on 6/13/2017 1:11:25 PM

Notice Date:   6/13/2017 1:11:25 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

DOCUMENT 4



ELECTRONICALLY FILED
6/13/2017 1:11 PM
31-CV-2017-900473.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SCOTT ADA )
        Plaintiff, )
 )
    v. ) Case No.:   CV-2017-900473.00
 )
LINCOLN FINANCIAL GROUP )
        Defendant. )

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 13th day of June, 2017

/s/ DAVID A KIMBERLEY

CIRCUIT JUDGE

ELECTRONICALLY FILED
6/13/2017 12:34 PM
31-CV-2017-900473.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2   Rev. 2/95

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Case Number: _____

IN THE __Circuit__ COURT OF __Etowah County__, ALABAMA
(Circuit, District, or Municipal) (Name of County or Municipality)

STYLE OF CASE: __Ada Scott__ v. __Lincoln Financial Group__
Plaintiff(s)   Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ CIVIL CASE— I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE— (such as paternity, support, termination of parental rights, dependency) — I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE— I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION— I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

SECTION 1.

1. IDENTIFICATION
   Full name __Ada Scott__ Date of Birth __4/2/67__
   Spouse's full name (if married) __died__
   Complete home address __144 Adams Ave, Oneonta Al 35121__

   Number of people living in household __1__
   Home telephone number __205-559-4160__
   Occupation/Job __disabled__ Length of employment _____
   Driver's license number _____ *Social Security Number _____
   Employer __none__ Employer's telephone number __none__
   Employer's address __none__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply)
   ☐ AFDC  ☐ Food Stamps  ☐ SSI  ☐ Medicaid  ☐ Other __none__

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income $ _____
   Spouse's Monthly Gross Income (unless a marital offense) _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc. _____
   Contributions from Other People Living in Household _____
   Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc. __1224.58__
   Other Income (be specific) _____

   TOTAL MONTHLY GROSS INCOME $ __1224.58__

   Monthly Expenses:
   A. Living Expenses $ _____
   Rent/Mortgage _____
   Total Utilities: Gas, Electricity, Water, etc __614__
   Food __225__
   Clothing _____
   Health Care/Medical __524__
   Insurance __570__
   Car Payment(s)/Transportation Expenses __84.10__
   Loan Payment(s) __24.00__

*OPTIONAL

| Form C-10 Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
   Credit Card Payment(s)
   Educational/Employment Expenses
   Other Expenses (be specific) _____

        Sub-Total .                                    A $_____

B.  Child Support Payment(s)/Alimony        $_____
                  Sub-Total                                 B $_____
C.  Exceptional Expenses                             $_____

       TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $_____

Total Gross Monthly Income Less total monthly expenses:

                     DISPOSABLE MONTHLY INCOME                                $_____

4.  LIQUID ASSETS:
     Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)   $ 0
     Equity in Real Estate (value of property less what you owe)   1200.  Mobile home
     Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)   1800  VW
     Other (be specific)
     Do you own anything else of value? ☐ Yes ☒ No
     (land, house, boat, TV, stereo, jewelry)
     If so, describe _____

                   TOTAL LIQUID ASSETS                                       $_____

5.  Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_8_ day of _June_ 2017
_____          Affiant's Signature
Judge/Clerk/Notary

                                                  Ada Scott
                                               Print or Type Name

## ORDER OF COURT

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____

                                                                                 Judge



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
ADA SCOTT V. LINCOLN FINANCIAL GROUP

31-CV-2017-900473.00

To:   CLERK ETOWAH
      clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.77

Parties to be served by Certified Mail - Return Receipt Requested

LINCOLN FINANCIAL GROUP                                    Postage: $6.77
CSC LAWYERS INCORP. SVC
150 S PERRY STREET
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail





AlaFile E-Notice

31-CV-2017-900473.00
Judge: DAVID A KIMBERLEY

To:  ALLENSTEIN MYRON KAY
     myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following matter was served on 6/19/2017

**D001 LINCOLN FINANCIAL GROUP**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Helen Ladnyk
C. Date of Delivery: 6/19

D. Is delivery address different from item 1?  ☑ Yes  ☐ No

1. Article Addressed to:

LINCOLN FINANCIAL GROUP
CSC LAWYERS INCORP SVC
150 S PERRY STREET
MONTGOMERY AL 36104
CV17-900473 DAK
D001



9590 9402 2969 7094 2410 87

JUN 22 2017
CASSANDRA JAM... JUNIOR
CIRCUIT COURT
FILED

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 0190 0000 6616 1937

PS Form 3811, July 2015 PSN 7530-02-000-9053            Domestic Return Receipt

**USPS TRACKING #**



9590 9402 2969 7094 2410 87

**United States Postal Service**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901





AlaFile E-Notice

31-CV-2017-900473.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following RETURN ON SERVICE - SERVED was FILED on 7/18/2017 7:21:21 AM

Notice Date:     7/18/2017 7:21:21 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900473.00

To: LINCOLN FINANCIAL GROUP (PRO SE)
CSC LAWYERS INCORP. SVC
150 S PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following RETURN ON SERVICE - SERVED was FILED on 7/18/2017 7:21:21 AM

Notice Date:    7/18/2017 7:21:21 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900473.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ADA SCOTT V. LINCOLN FINANCIAL GROUP
31-CV-2017-900473.00

The following RETURN ON SERVICE - SERVED was FILED on 7/18/2017 7:21:21 AM

Notice Date:   7/18/2017 7:21:21 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
7/18/2017 7:21 AM
31-CV-2017-900473.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| ADA SCOTT, | * | |
| Plaintiff, | * | |
| v. | * | Case Number: 31-CV-2017-900473.00 |
| LINCOLN FINANCIAL GROUP, | * | |
| Defendant | * | |

## WAIVER OF SERVICE OF PROCESS

TO: MYRON K. ALLENSTEIN
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL 35901
Attorney for Ada Scott

I acknowledge receipt of your request that I waive service of process in the lawsuit of <u>Ada Scott v. Lincoln Financial Group</u> in the Circuit Court of Etowah County, Alabama. I have also received a copy of the complaint, two copies of this waiver, and a mean by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by not requiring that ~~Lincoln Financial Group~~ *The Lincoln National Life Insurance Company* be served with judicial process in the manner provided by Ala.R.Civ.P.4.

*The Lincoln National Life Insurance Company* ~~Lincoln Financial Group~~ will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Defendant Lincoln Financial Group if a written response is not served upon you on or before September 10, 2017.

Dated: July 10, 2017

_____
WILLIAM B. WAHLHEIM, JR.
Attorney for Defendant ~~Lincoln Financial Group~~ *The Lincoln National Life Insurance Company*

1