IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ADA SCOTT, | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 4:17-cv-1343-KOB |
| | * | |
| LINCOLN FINANCIAL GROUP, | * | |
| | * | |
|     Defendant | * | |

## **AMENDED COMPLAINT**

Plaintiff amends the complaint to correctly name the Defendant so the style of the case reads as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ADA SCOTT, | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 4:17-cv-1343-KOB |
| | * | |
| THE LINCOLN NATIONAL LIFE | * | |
| INSURANCE COMPANY, | * | |
| | * | |
|     Defendant | * | |

s/MYRON K. ALLENSTEIN
Bar Number:  2058-A61-M
Attorney for Plaintiff
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL  35901
Telephone:  (256) 546-6314
Fax: (256) 547-7648
myron@allenstein.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Grace R. Murphy  
William B. Wahlheim  
MAYNARD, COOPER & GALE, P.C.  
1901 Sixth Avenue North  
Suite 2400, Regions/Harbert Plaza  
Birmingham, AL  35203-2618

s/MYRON K. ALLENSTEIN
