IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ADA SCOTT, | * |
| Plaintiff, | * |
| v. | * Case Number: 4:17-cv-1343-KOB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | * |
| Defendant | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Ada Scott ("Plaintiff"), and Defendant Lincoln National Life Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 5th day of December, 2017.

ALLENSTEIN & ALLENSTEIN, LLC

By: _____
Myron K. Allenstein
141 South 9th Street
Gadsden, AL 35901

Attorney for Plaintiff

MAYNARD, COOPER & GALE, P.C.

By: _____
William B. Wahlheim, Jr.
Grace Robinson Murphy
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618

Attorneys for Defendant