# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ADA SCOTT, | ] |
| Plaintiff, | ] |
| v. | ]   4:17-cv-01343-KOB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al., | ] |
| Defendants. | ] |

## ORDER

The court, having received the Joint Stipulation of Dismissal, (doc. 11), DISMISSES this action WITH PREJUDICE, with each party to bear her or its own costs.

**DONE** and **ORDERED** this 6th day of December, 2017.

*/s/ Karon O. Bowdre*

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE